# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK ANDERSON AND KILLER WHALE HOLDINGS, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>                Defendant. | Civil No. 08-4726 JRT/FLN<br><br><br>**ORDER** |

Rachel Osband, Thomas Hatch and Thomas Mahlum, **ROBINS KAPLAN MILLER & CIRESI LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiffs.

Amandeep Sidhu, Anthony Mansfield, Bryan Webster, and Joel Chefitz, **MCDERMOTT WILL & EMERY LLP**, 227 West Monroe Street, Chicago, IL 60606; Thomas Gilligan, Jr. and Nicholas O'Connell, **MURNANE BRANDT, PA**, 30 East Seventh Street, Suite 3200, St. Paul, MN 55101, for defendants.


This matter is before the Court on the request made by defendants for a two-week extension of the deadline for filing Daubert motions.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request is **GRANTED**. Daubert motions must be served and filed by November 16, 2009.


Dated: October 6, 2009
at Minneapolis, Minnesota

                                               _____s/John R. Tunheim\_\_\_\_
                                                  JOHN R. TUNHEIM
                                           United States District Judge