# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MARK ANDERSON AND KILLER WHALE HOLDINGS, LLC, | Civil No. 08-4726 (JRT/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| DAIRY FARMERS OF AMERICA, INC, | |
| Defendant. | |

---

This matter is before the Court on the parties' Stipulated Motion to Establish Briefing Schedule Relating to Daubert Motions [Docket No. 126].

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The briefing schedule for Daubert motions in this case shall be the schedule which is set forth in the parties' Stipulated Motion [Docket No. 126].

**IT IS FURTHER ORDERED** that the remainder of the Pretrial Schedule shall remain the same.

Dated:  December 14, 2009
at Minneapolis, Minnesota

\_\_\_\_s/ John R. Tunheim\_\_\_\_
JOHN R. TUNHEIM
United States District Judge